UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PAK TECHNOLOGIES, INC.,

        Plaintiff,

        Case No. 06-C-221

-vs-

OXI BRITE, INC.,

        Defendant.

## ORDER

The Court having reviewed the foregoing stipulation of the parties,

IT IS HEREBY ORDERED that the above matter be, and the same hereby is dismissed on its merits, with prejudice and without further cost to any party.

Dated at Milwaukee, Wisconsin, this 13th day of April, 2006.

        SO ORDERED,

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**